UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISAAC JACOBSON,<br><br>        Plaintiff,<br><br>    v.<br><br>FUTURE MOTION, INC.,<br><br>        Defendant. | Case No. 5:21-cv-08092-EJD<br><br>**JUDGMENT**<br>Re: Dkt. No. 32 |

On September 29, 2022, the Court DISMISSED the action for failure to prosecute after the parties failed to show cause why the case should not be dismissed by either (1) submitting a joint statement setting forth the status of settlement efforts on or before September 19, 2022, or (2) appearing before the Court on September 29, 2022 pursuant to the Court's Order. *See* Dkt. Nos. 30, 32. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant Future Motion, Inc. and against Plaintiff Jacobson. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 11, 2022

EDWARD J. DAVILA
United States District Judge